# United States District Court

FILED
FEB -8 2010
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

| WESTERN | DISTRICT OF | TEXAS, EL PASO |

UNITED STATES OF AMERICA
V.

Enrique JARAMILLO-Becerra
Ciudad Juarez, Chihuahua, Mexico
SBT   10-058-0208
W/ Male
(Name and Address of Defendant)

## CRIMINAL COMPLAINT

CASE NUMBER: 10-M-0761 G

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **February 7, 2010** in **Hudspeth** county, in the **Western** District of **Texas** DEFENDANT(s) did, (Track Statutory Language of Offense)

An alien who had been Removed from the United States and who had not received consent to reapply for admission from the Attorney General of the United States or the Secretary of Homeland Security, the successor, pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557, was found in the United States.

in violation of Title **8** United States Code, Section(s) **1326(a)(1)**

I further state that I am a(n) **Prosecutions Officer / Senior Patrol Agent** and that this complaint is based on the following facts:
Official Title

That on February 7, 2010 the DEFENDANT was one of eight apprehended during routine linewatch operations by Border Patrol Agent Justin Stocker Downing near an area known as Squaw Draw approximately thirty miles southeast of Sierra Blanca, Texas. At the time of encounter the DEFENDANT stated that he was en route to Dallas, Texas.

Continued on next page.

Continued on the attached sheet and made a part hereof:   [X] Yes   [ ] No

Signature of Complainant
Jose Saiz

Sworn to before me and subscribed in my presence,

February 8, 2010                              El Paso, Texas
Date                                          City and State

Norbert J. Garney
United States Magistrate Judge
Name & Title of Judicial Officer              Signature of Judicial Officer

WESTERN DISTRICT OF TEXAS

Enrique JARAMILLO-Becerra
Ciudad Juarez, Chihuahua, Mexico
SBT   09-038-0207

February 8, 2010
FACTS   (CONTINUED)

From statements made by the DEFENDANT to the arresting agent, he was determined to be a native and citizen of Mexico, without immigration documents allowing him to be or remain in the United States legally.

The DEFENDANT was given his Miranda warnings via Form I-214.

When queries were run through the IDENT/IAFIS system and the Immigration Computer Checks, it was revealed that the DEFENDANT had been previously removed and last departed the United States on October 2, 2008 through San Ysidro, California.

DEFENDANT's fingerprints were entered into the IDENT/IAFIS (Intergraded Automated Fingerprint Identification System) databases and it revealed the DEFENDANT's criminal history.

1. ARRESTED OR RECEIVED 2008/01/19
   AGENCY-POLICE DEPARTMENT LOS ANGELES CALIFORNIA
   AGENCY CASE -1142294
   CHARGE 1-001 COUNTS OF TRANSPORT/SELL NARCOTICS/CONTROL SUBSTANCE

   COURT
   MUNICIPAL COURT METRO LOS ANGELES, CALIFORNIA
   CHARGE 1-11351 5 HS POSS. PURCHASE COCAINE BASE FOR SALE
   SENTENCE- CONVICTED-PROB/JAIL 3 YEARS PROBATION 180 DAYS JAIL

Further review of DEFENDANT's computerized immigration records by Affiant revealed that the DEFENDANT has not received permission from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission to the United States.